Andrew D. Skale (SBN 211096)
 askale@mintz.com
Ben L. Wagner (SBN 243594)
 bwagner@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Rd., Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile:  (858) 314-1501

Attorneys for Defendant
SEQUAL TECHNOLOGIES, INC.

F.T. Alexandra Mahaney (SBN 125984)
Jeffrey W. Guise (SBN 164203)
Matthew J. Bresnahan (SBN 252127)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real
San Diego, CA 92130
Telephone:    (858) 350-2300
Facsimile:    (858) 350-2399
Email: amahaney@wsgr.com mbresnahan@wsgr.com

Attorneys for Plaintiff
INOGEN, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUAL TECHNOLOGIES, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>INOGEN, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND ALL COUNTER-CLAIMS | Case No. 10CV0410 H (JMA)<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 13<br>Judge: Hon. Marilyn L. Huff |

Case No. 10CV0410 H (JMA)

1  The parties to this action hereby stipulate to dismiss the claims and the counterclaims in this
2  action with prejudice in their entirety and as against all parties, pursuant to Federal Rule of Civil
3  Procedure 41(a)(1), with each party to bear its own fees and costs of suit..

4  Dated:  September 14, 2010               MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO


                                            By:  s/Andrew D. Skale
                                                  Andrew D. Skale, Esq.

                                            Attorneys for Defendant
                                            SEQUAL TECHNOLOGIES, INC.


                                            WILSON SONSINI GOODRICH & ROSATI


                                            By:  s/Matthew Bresnahan
                                                  Matthew Bresnahan, Esq.

                                            Attorneys for Plaintiff,
                                            INOGEN, INC.

**CERTIFICATE OF SERVICE**

On September 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| F.T. Alexandra Mahaney (SBN 125984)<br>Jeffrey W. Guise (SBN 164203)<br>Matthew J. Bresnahan (SBN 252127)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>12235 El Camino Real<br>San Diego, CA 92130<br>Telephone:     (858) 350-2300<br>Facsimile:      (858) 350-2399<br>Email: amahaney@wsgr.com | <u>Attorneys for Plaintiff</u><br>INOGEN, INC.<br><br><br><br><br><br>. |

                                                s/Andrew D. Skale
                                                Andrew D. Skale, Esq.

4994406v.1